JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OWENS, | Case No. LACV 17-8193-JFW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 3, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE